## **APPEARANCE FORM (CIVIL)**
### INITIATING PARTY

Case Number:_____

1.  <u>ELIZABETH ELAINE BURLESON</u>
    Name of first initiating party

2.  Attorney information (as applicable for service of process):

Donald L. Poynter, #19529-53                      John D. Norman, #34714-41
**POYNTER & BUCHERI, LLC**                        **POYNTER & BUCHERI, LLC**
4202 Madison Avenue                               4202 Madison Avenue
Indianapolis, IN 46227                            Indianapolis, IN 46227
317-780-8000                                      317-780-8000
317-780-7050-fax                                  317-780-7050-fax
don@pb-law.com                                    john@pb-law.com

Matthew W. Kappus, #35807-49
**POYNTER & BUCHERI, LLC**
4202 Madison Avenue
Indianapolis, IN 46227
317-780-800
317-780-7050-fax
Pblaw.mwkappus@gmail.com

3.  Will accept fax service.          NO

4.  Case Type Requested:              CT

5.  There are related cases:          NO

6.  Service with summons.             YES

                                        Respectfully Submitted,

                                        POYNTER & BUCHERI, LLC


                                        **John D. Norman**
                                        Donald L. Poynter, #19529-53
                                        John D. Norman, #34714-41
                                        Matthew W. Kappus, #35807-49
                                        *Attorneys for Plaintiff*

## SUMMONS

### IN THE MARION COUNTY SUPERIOR AND CIRCUIT COURTS

ELIZABETH ELAINE                          Cause No.
BURLESON,
     Plaintiff,

     v.

CAMPING WORLD, INC.
d/b/a GANDER OUTDOORS,
     Defendant.

TO DEFENDANT:       Name:  CT Corporation System
                Address:  334 North Senate Avenue
                      Indianapolis, IN 46204

*(as registered agent for:)*

     Camping World, Inc.
     650 Three Springs Road
     Bowling Green, KY 42104

     You have been sued by the person(s) named "Plaintiff," in the Court stated above.

     The nature of the suit against you is stated in the complaint, which is attached to this document.
     It also states the demand, which the plaintiff has made and wants from you.

     You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you received this summons, or judgment will be entered against you for what the plaintiff has demanded.
     If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

     Clerk is ordered to cause service to be made by: **Certified Mail.**

Date:  10/14/2020

*Myla A. Eldridge*
Clerk, Marion County

Donald L. Poynter, #19529-53
John D. Norman, #34714-41
Matthew W. Kappus, #35807-49
**POYNTER & BUCHERI, LLC**
4202 Madison Avenue
Indianapolis, IN 46227
317-780-8000
317-780-7050-fax



Case 1:20-cv-03065-TWP-MPB  49D13-2010-CT-036202  02/24/20  Page 3 of 16 PageID #: 8  Filed: 10/13/2020 8:17 PM
Clerk
Marion County, Indiana

Marion Superior Court, Civil Division 13

STATE OF INDIANA          MARION COUNTY SUPERIOR/CIRCUIT COURT

COUNTY OF MARION        CAUSE NO.:

ELIZABETH ELAINE
BURLESON,
      Plaintiff,

      v.

CAMPING WORLD, INC.
d/b/a GANDER OUTDOORS,
      Defendant.

## COMPLAINT FOR DAMAGES
## AND REQUEST FOR TRIAL BY JURY

COMES NOW Plaintiff, by counsel, and alleges and states as follows:

1.      The incident complained of (hereinafter referred to as the "incident") was an incident that occurred on or about December 11, 2018.

2.      At the time of the incident, Plaintiff Elizabeth Elaine Burleson (hereinafter referred to as "Plaintiff") resided at 2301 South Arthur Road, Paragon, Morgan County, Indiana.

3.      Defendant Camping World, Inc. d/b/a Gander Outdoors, (hereinafter "Defendant"), is a foreign for-profit corporation authorized to conduct business in the State of Indiana.

4.      At the time of the incident, Defendant owed, operated and/or managed the Gander Outdoors store (hereinafter, the "Premises") located at 5702 East 86th Street, Indianapolis, Marion County, Indiana.

5.      At the time of the incident, Defendant maintained the store merchandise displays located at 5702 East 86th Street, Indianapolis, Marion County, Indiana.

6.      At the time of the incident, Plaintiff was a lawful business invitee at the Premises.

7.     At the time of the incident, Defendant exercised control of all areas of the Premises.

8.     Defendant owed Plaintiff a duty to exercise reasonable care to eliminate dangers and defects in those areas of the Premises commonly used by Plaintiff.

9.     On or about December 11, 2018, Plaintiff was shopping when a kayak display became insecure and a kayak hit Plaintiff at the Premises.

10.     Defendant knew or should have known of the condition and nature of the displays at the Premises, and knew or should have known that the condition and nature of the displays at the Premises created an unreasonable risk of harm to Defendant's business invitees, including Plaintiff.

11.     At all times alleged herein, Plaintiff exercised ordinary care for her own safety.

12.     At the time of the incident, Defendant was at fault for the incident in this matter.

13.     At the time of the incident, Defendant was negligent in this matter.

14.     At the time of the incident, Plaintiff was not a fault for the incident in this matter.

15.     At the time of the incident, Plaintiff was not negligent in this matter.

16.     At the time of the incident and at the Premises, Defendant was careless and negligent in one or more of the following respects:

    a.  Defendant failed to properly supervises the common areas in question so as to furnish Plaintiff a safe walkway, free from hazards which were recognized or should have been recognized by Defendant as causing or likely to cause the serious physical harm to Plaintiff and others;

    b.  Defendant failed to secure their merchandise, to wit, kayaks, to avoid merchandise falling onto their business invitees, including Plaintiff;

    c.  Defendant carelessly and negligently failed to maintain the areas commonly utilized by its business invitees on the Premises in a reasonably safe condition;

    d.  Defendant carelessly and negligently failed to correct the unsafe condition of the Premises where Plaintiff was injured;

   e.  Defendant carelessly and negligently permitted persons, including Plaintiff, to use the area of the Premises when it knew or should have known that said area was in dangerous and hazardous condition.

   f.  Defendant carelessly and negligently failed to inspect the dangerous condition existing at the Premises;

   g.  Defendant carelessly and negligently failed to warn persons, including Plaintiff, of the dangerous and hazardous conditions of the Premises where Plaintiff was injured;

   h.  Defendant carelessly and negligently failed to mark the dangerous and hazardous conditions of the Premises where Plaintiff was injured;

   i.  Defendant failed otherwise to comply with the applicable laws and regulations of the State of Indiana and the applicable Federal laws and regulations; and,

   j.  Any and all other breaches by Defendant of the reasonable standard of care to prevent the aforementioned injury on the Premises.

17.     The act and/or omissions of Defendant herein alleged were performed and/or omitted by and through the agents, servants, and employees of Defendant while they were acting within the course and scope of their employment.

18.     As a direct and proximate result of Defendant's negligence and breach of duty, Plaintiff:

   a.  has sustained physical pain and mental suffering, and it is likely physical pain and mental suffering will be experienced in the future, as a result of the injuries sustained in connection with the collision;

   b.  has incurred reasonable expenses for necessary medical care, treatment and services, and it is likely expense

   c.  for future medical care, treatment and service will also be incurred;

   d.  may have lost or suffered an impairment of earning capacity;

   e.  may have sustained bodily disfigurement or deformity; and

   f.  may have been otherwise damaged and injured.

   WHEREFORE, Plaintiff, by counsel, prays and demands judgment against Defendant for damages in a sum sufficient to compensate Plaintiff for any and all damages and injuries

suffered as a proximate result of Defendant's negligence and breach of duty, for costs of this action, and for all other just proper relief.

Respectfully submitted,

POYNTER & BUCHERI, LLC

**<u>John D. Norman</u>**
Donald L. Poynter, #19529-53
John D. Norman, #34714-41
Matthew W. Kappus, #35807-49
*Attorneys for Plaintiff*

## **REQUEST FOR TRIAL BY JURY**

COMES NOW Plaintiff, by counsel, and requests trial by jury of all issues in this cause of action.

Respectfully submitted,

POYNTER & BUCHERI, LLC

**John D. Norman**
Donald L. Poynter, #19529-53
John D. Norman, #34714-41
Matthew W. Kappus, #35807-49
*Attorneys for Plaintiff*

**POYNTER & BUCHERI, LLC**
4202 Madison Avenue
Indianapolis, IN 46227
317-780-8000
317-780-7050-fax

## SUMMONS

### IN THE MARION COUNTY SUPERIOR & CIRCUIT COURTS

ELIZABETH ELAINE
BURLESON,
     Plaintiff,

    v.

CAMPING WORLD, INC.
d/b/a GANDER OUTDOORS,
     Defendant.

Cause No. 49D13-2010-CT-036202

### CERTIFICATE OF ISSUANCE OF SUMMONS

To the Clerk of the Circuit and Superior Courts of Marion County:

1.    On October 13, 2020, Plaintiff's Appearance, Summons and Complaint were filed in this matter. On October 13, 2020, Plaintiff requested services of process **via certified delivery**.

2.    On October 15, 2020, Plaintiff mailed a file-stamped copy of the Appearance, Summons and Complaint to CT Corporation System, 334 North Senate Avenue, Indianapolis, IN 46204, as registered agent for Defendant Camping World, Inc., 650 Three Springs Road, Bowling Green, KY 42104 under Tracking #7019 2280 0001 6225 6388.

Respectfully Submitted,

POYNTER & BUCHERI, LLC

10/19/2020
DATE

**/s/ Donald L. Poynter**
Donald L. Poynter, #19529-53
John D. Norman, #34714-41
Matthew W. Kappus, #35807-49
*Attorneys for Plaintiff*

**POYNTER & BUCHERI, LLC**
4202 Madison Avenue
Indianapolis, IN 46227
317-780-8000
317-780-7050-fax

**SUMMONS**

IN THE MARION COUNTY SUPERIOR AND CIRCUIT COURTS

ELIZABETH ELAINE                    Cause No. 49D13-2010-CT-036202
BURLESON,
          Plaintiff,

     v.

CAMPING WORLD, INC.
d/b/a GANDER OUTDOORS,
          Defendant.

**AFFIDAVIT OF SERVICE**

To the Clerk of the Circuit and Superior Courts of Marion County:

1.  Please see the attached Exhibit "A" which shows that CT Corporation System, <u>334 North Senate Avenue, Indianapolis, IN 46204</u>, as registered agent for Defendant Camping World, Inc. d/b/a Gander Outdoors, <u>650 Three Springs Road, Bowling Green, KY 42104</u> was served on October 19, 2020 under <u>Tracking #7019 2280 0001 6225 6388.</u>

Respectfully submitted,

POYNTER & BUCHERI, LLC

<u>**10/23/2020**</u>                  <u>**/s/ Donald L. Poynter**</u>
DATE                            Donald L. Poynter, #19529-53
                                John D. Norman, #34714-41
                                Matthew W. Kappus, #35807-49
                                *Attorneys for Plaintiff*

Donald L. Poynter, #19529-53
John D. Norman, #34714-41
Matthew W. Kappus, #35807-49
**POYNTER & BUCHERI, LLC**
4202 Madison Avenue
Indianapolis, IN 46227
317-780-8000
317-780-7050-fax



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CT Corporation System
334 North Senate Ave
Indianapolis, IN
46204

9590 9402 5971 0062 4735 54

2. Article Number *(Transfer from service label)*

7019 2280 0001 6225 6388

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                     ☐ Addressee
B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 70192280000162256388

Remove ✕

Your item was delivered at 10:31 am on October 19, 2020 in INDIANAPOLIS, IN 46204.

## ⊘ Delivered

October 19, 2020 at 10:31 am
Delivered
INDIANAPOLIS, IN 46204

Feedback

**Get Updates** ⌄

---

Text & Email Updates                                                 ⌄

---

Tracking History                                                      ⌄

---

Product Information                                                   ⌄

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

94913

| | |
|---|---|
| STATE OF INDIANA | MARION SUPERIOR COURT NO. 13 |
| COUNTY OF MARION | CAUSE NO. 49D13-2010-CT-36202 |

ELIZABETH ELAINE BURLESON,

     Plaintiff,

v.

CAMPING WORLD, INC. d/b/a GANDER
OUTDOORS,

     Defendant.

### E-FILING APPEARANCE BY ATTORNEY UNDER TRIAL RULE 3.1

1.    The party on whose behalf this form is being filed is:  Responding

The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

**CWI, Inc. (incorrectly sued as "CAMPING WORLD, INC. d/b/a GANDER OUTDOORS")**

2.    Attorney information for service as required by Trial Rule 5(B)(2):

| | |
|---|---|
| Leslie B. Pollie | Atty. No. #25716-49 |
| KOPKA PINKUS DOLIN PC | Telephone: 317-818-1360 |
| 550 Congressional Blvd., Suite 310 | Facsimile:  317-818-1390 |
| Carmel, IN 46032 | Email:  lbpollie@kopkalaw.com |

**IMPORTANT**:  Each attorney specified on this appearance:

(a)    certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)    acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

(c)    understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R.

2(A).

3. This is a civil tort case type as defined in administrative Rule 8(B)(3)

4. I will accept service by:
Fax at the above noted number:  NO
Email at the above noted address:  YES

5. This case involves child support issues:  NO

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order:  NO

7. This case involves a petition for involuntary commitment:  NO

8. Are there related cases:  NO

9. Additional information required by local rule:  NONE

10. Are there other party members:  NO

11. This form has been served on all other parties and Certificate of Service is attached:  YES

Respectfully submitted,

KOPKA PINKUS DOLIN PC


By: */s/ Leslie B. Pollie*
Leslie B. Pollie, Atty No. 25716-49
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2020, I electronically filed the foregoing document using the Indiana eFiling System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Donald L. Poynter
John D. Norman
Matthew W. Kappus
Poynter & Buckeri, LLC
4202 Madison Avenue
Indianapolis, IN 46227

don@pb-law.com
john@pb-law.com
pblaw.mwkappus@gmail.com
*Attorneys for Plaintiff*


By: */s/ Leslie B. Pollie*
      Leslie B. Pollie


KOPKA PINKUS DOLIN PC
550 Congressional Boulevard
Suite 310
Carmel, IN 46032
(317) 818-1360 | office
(317) 818-1390 | fax
lbpollieo@kopkalaw.com

94913

| | |
|---|---|
| STATE OF INDIANA | MARION SUPERIOR COURT NO. 13 |
| COUNTY OF MARION | CAUSE NO. 49D13-2010-CT-36202 |

ELIZABETH ELAINE BURLESON,

     Plaintiff,

v.

CAMPING WORLD, INC. d/b/a GANDER
OUTDOORS,

     Defendant.

## <u>DEFENDANT'S NOTICE OF AUTOMATIC ENLARGEMENT OF TIME</u>

Defendant CWI, Inc. (incorrectly sued as "Camping World, Inc. d/b/a Gander Outdoors"), by counsel, Leslie B. Pollie of Kopka Pinkus Dolin PC, respectfully moves the Court for an automatic enlargement of time to respond to Plaintiff's Complaint, pursuant to Ind. Trial Rule 6(B)(1) and Marion Circuit and Superior Courts Civil Rule 203(D), and states:

1.     That no prior extensions have been requested.

2.     On information and belief, Defendant was notified of Plaintiff's claim on October 23, 2020, and its responsive pleading is due on Monday, November 16, 2020, which has not yet passed.

3.     The date to which said extension of time would automatically extend is December 16, 2020.

4.     That such extension of time is necessary for Defendant's attorney to properly investigate the allegations in the Plaintiff's Complaint in order to adequately respond to the Plaintiff's Complaint.

WHEREFORE, Defendant CWI, Inc. (incorrectly sued as "Camping World, Inc. d/b/a Gander Outdoors"), by counsel, files its Notice of Automatic Enlargement of Time of 30 days, up to and including December 16, 2020.

Respectfully submitted,

KOPKA PINKUS DOLIN PC

By:___/s/ Leslie B. Pollie_____
        Leslie B. Pollie, Atty No. 25716-49
        Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2020, I electronically filed the foregoing document using the Indiana eFiling System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Donald L. Poynter
John D. Norman
Matthew W. Kappus
Poynter & Buckeri, LLC
4202 Madison Avenue
Indianapolis, IN 46227
don@pb-law.com
john@pb-law.com
pblaw.mwkappus@gmail.com
*Attorneys for Plaintiff*

/s/ Leslie B. Pollie_____
        Leslie B. Pollie

KOPKA PINKUS DOLIN PC
550 Congressional Boulevard
Suite 310
Carmel, IN 46032
(317) 818-1360 | office
(317) 818-1390 | fax
lbpollieo@kopkalaw.com

2